MARY FRANK v. CATHERINE V. CAULFIELD.—Application denied, with ten dollars costs, and stay vacated. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

LASALLE EXTENSION UNIVERSITY v. PAUL J. CORVINO.—Application denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of Supplementary Proceedings: SAMUEL BLOOM v. MILTON BERNARD.—Application denied, with ten dollars costs. Order filed. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

HELEN MARX v. JACK VON TILZER and ISABEL B. VON TILZER.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

EDYTHE PHILLIPS v. DORIS REID, INC., and SOL PEYSER, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EDWARD J. KEANE v. CONNECTICUT FIRE INSURANCE COMPANY OF HARTFORD. — Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ERNST WEDEMANN v. UNITED STATES TRUST COMPANY OF NEW YORK, as Administrator, etc., of LEON MICHELSON, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

TRANS-LUX DAYLIGHT PICTURE SCREEN CORPORATION v. JAMES W. DECKER and Another.— Motion denied, with ten dollars costs, and stay vacated. Present — Finch, McAvoy, Martin and O'Malley, JJ.

JAMES D. McCAULEY v. OBCANSKA ZALOZNA V KARLINE.— Motion denied, with ten dollars costs. Present — Finch, McAvoy, Martin and O'Malley, JJ.

EMANUEL H. LOEB and Others v. CARL MOSHEIM.— Motion denied, with ten dollars costs. Present — Finch, McAvoy, Martin and O'Malley, JJ.

JAMES ELGAR (a Corporation) v. MARYLAND CASUALTY COMPANY and Others, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

DAVID METZGER v. HARRY P. SWIFT and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MARGARET L. DONAHUE, as Committee of the Estate of PETER J. DONAHUE, an Incompetent, v. HELEN R. MALONEY and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

PRUDENTIAL PAPER Co., INC., v. ASHLAND PRESS, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

LOUIS SIGETY v. GARMENT CENTER CAPITOL, INC.— Motion denied, with ten dollars costs. Present — Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of ALFRED H. NEWBURGER and Others against ABRAHAM P. LUBELL and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

SALVATORE CITARELLA v. PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, a Domestic Corporation, and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch and McAvoy, JJ.

DAVID W. NEVINS v. CHARLES B. NEVINS and Others.— Motion denied, with